**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ANTONIO PAYTON,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 04-cv-4111-JPG** |
| vs. ) | |
| ) | **CRIMINAL NO. 99-cr-40034** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

| | |
|---|---|
| **ANTONIO PAYTON,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 04-cv-4205-JPG** |
| vs. ) | |
| ) | **CRIMINAL NO. 99-cr-40034** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

  This matter is before the Court on two separate motions for relief pursuant to 28 U.S.C. § 2255, as captioned above. According to Petitioner's motion to consolidate (Doc. 5), he filed the first case *pro se* because he was not sure that his retained counsel would file such a motion within the statute of limitations. The Court agrees that these two cases should be consolidated into the first case filed, and therefore the motion to consolidate is **GRANTED**.

  **IT IS HEREBY ORDERED** that the above-captioned cases are hereby **CONSOLIDATED** as one cause of action.

**IT IS FURTHER ORDERED** that the Clerk shall **FILE** a copy of the § 2255 motion from Case No. 04-cv-4205-JPG as an amended § 2255 motion in Case No. 04-cv-4111-JPG.

**IT IS FURTHER ORDERED** that all future filings in this matter shall be made in Case No. 04-cv-4111-JPG.  No further filings shall be made in Case No. 04-cv-4205-JPG.

The Clerk is **DIRECTED** to **CLOSE** Case No. 04-cv-4205-JPG.

**IT IS SO ORDERED.**

**Dated: August 31, 2005**

                                                    s/ J. Phil Gilbert
                                                    **U. S. District Judge**